UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARCY CURTIS,<br><br>        Plaintiff,<br><br>v.<br><br>TCF FINANCIAL CORPORATION, GARY TORGOW, THOMAS C. SHAFER, VANCE K. OPPERMAN, DAVID T. PROVOST, PETER BELL, KAREN L. GRANDSTRAND, RICHARD H. KING, RONALD A. KLEIN, BARBARA J. MAHONE, BARBARA L. MCQUADE, ROGER J. SIT, JULIE H. SULLIVAN, JEFFREY L. TATE, ARTHUR A. WEISS, FRANKLIN C. WHEATLAKE, and THERESA M.H. WISE,<br><br>        Defendants. | Case No. 21-cv-10545-JEL-KGA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Marcy Curtis ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 12, 2020

**OF COUNSEL:**

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE, 19807
Tel: (302) 729-9100
Email: bdlong@longlawde.com

*Attorneys for Plaintiff*

**WEISSLAW LLP**

By  /s/ Richard A. Acocelli
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

- 2 -